**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 98-2161

_____

LAURA LESKINEN,

                              Plaintiff - Appellant,

        versus

UTZ QUALITY FOODS, INCORPORATED,

                              Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Catherine C. Blake, District Judge.  (CA-
97-3678-CCB)

_____

Submitted:  October 20, 1998      Decided:  November 10, 1998

_____

Before WILKINS, HAMILTON, and MOTZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Laura Leskinen, Appellant Pro Se.  Joan E. Book, Jay Robert Fries,
Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Laura Leskinen appeals the district court's order granting Defendant summary judgment in Leskinen's action alleging sexual harassment, retaliatory discrimination and discrimination due to her sex and disability under Title VII, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 1994 & Supp. 1998), the Rehabilitation Act, 29 U.S.C.A. §§ 701 to 797 (West 1985 & Supp. 1998), and the Americans with Disabilities Act of 1990, 42 U.S.C.A. §§ 12101 to 12213 (West 1995 & Supp. 1998). We have reviewed the record and the district court's memorandum and order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Leskinen v. Utz Quality Foods, Inc.</u> No. CA-97-3678-CCB (D. Md. July 22, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>